IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER, | 1:08-cv-01849-LJO-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| A. ENENMOH, et al., | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| Defendants. | |
| | (Motion #12) |
| | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2009, plaintiff filed a motion to extend time to file an Amended Complaint and to file objections to the court's findings and recommendations of March 30, 2009. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty (30) days from the date of service of this order in which to file an Amended Complaint, pursuant to the court's order of March 30, 2009 (Doc. 10); and

2. Plaintiff is granted thirty (30) days from the date of service of this order in which to file Objections to the Findings and Recommendations entered on March 30, 2009 (Doc. 11).

IT IS SO ORDERED.

**Dated:    April 23, 2009                    /s/ Sandra M. Snyder**
ED STATES MAGISTRATE JUDGE