IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER, | 1:08-cv-01849-LJO-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 26.) |
| A. ENENMOH, et al., | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| | ORDER FOR THIS DISMISSAL TO COUNT AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g) |
| | ORDER DIRECTING CLERK TO CLOSE CASE |
| Defendants. | |

Michael Louis Foster ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 19, 2010, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted under section 1983. (Doc. 23.) On April 12, 2010, plaintiff filed objections to the findings and recommendations. (Doc. 27.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, THE COURT HEREBY ORDERS that:

    1. The Findings and Recommendations issued by the Magistrate Judge on February 19, 2010, are adopted in full;

    2. This action is dismissed, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under section 1983;

    3. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g); and

    4. The Clerk of Court is directed to close this case.

        IT IS SO ORDERED.

**Dated:   April 15, 2010**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE