# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER, | Case No. 1:08-cv-01849-LJO-SKO PC |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO COMPLY WITH LOCAL RULE 133(J) ON OR BEFORE JULY 26, 2013 |
| v. | |
| A. ENENMOH, | |
| Defendant. | |
| _____/ | |

Plaintiff Michael Louis Foster, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 3, 2008. This action is proceeding on Plaintiff's second amended complaint, filed on September 17, 2009, against Defendant Enenmoh for violation of the Eighth Amendment of the United States Constitution. Plaintiff's claim arises out of the alleged denial of medical care.

Pending before the Court is Defendant's motion for summary judgment, filed on October 1, 2012. Defendant cited to and included a portion of Plaintiff's deposition transcript in support of his motion, but he failed to comply with Local Rule 133(j), which requires him to provide the Court with a courtesy copy of the entire deposition.

///

///

///

1  Defendant is HEREBY ORDERED to bring his motion for summary judgment into
2  compliance with Local Rule 133(j) on or before **July 26, 2013**.[1]

IT IS SO ORDERED.

Dated: **July 24, 2013**                    /s/ **Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant may either lodge the transcript in hard copy with the Clerk's Office or email it via PDF to skoorders@caed.uscourts.gov.