# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER, | Case No. 1:08-cv-01849-LJO-SKO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF INTERNET PRINTOUTS AND LETTER |
| v. | |
| A. ENENMOH, | (Doc. 106) |
| Defendant. | |

This matter is set for jury trial on February 4, 2014. On November 4, 2013, Plaintiff filed a request for judicial notice of: (1) a two-page printout from webmd.com regarding the cause of kidney stones, (2) four pages from a five-page printout from kidneystonescause.com regarding the cause of and treatment for kidney stones, (3) a one-page printout from mayoclinic.com regarding treatments and drugs for constipation, and (4) a one-page letter from the Department of Health and Human Services, Food and Drug Administration, regarding infrequent side effects of oral, over-the-counter Fiber-Tabs.[1] Defendant filed an opposition on November 27, 2013.

"A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court may "take judicial notice of public records and government

---
[1] The one-page letter lacks a signature, leaving it unclear whether the letter was one page or multiple pages.

documents available from reliable sources on the Internet." *Calop Bus. Sys., Inc. v. City of Los Angeles*, __ F.Supp.2d __, __, 2013 WL 6182627, at *3 (C.D. Cal. Oct. 30, 2013) (internal quotation marks and citations omitted); *accord In re Countrywide Fin. Corp. Mortg.-Backed Sec. Litig.*, __ F.Supp.2d __, __, 2013 WL 4536177, at *4 n.4 (C.D. Cal. Aug. 26, 2013); *L'Garde, Inc. v. Raytheon Space and Airborne Sys.*, 805 F.Supp.2d 932, 937-38 (C.D. Cal. 2011).  However, the internet printouts submitted by Plaintiff are neither public records nor government documents, and furthermore, where contents of a document are potentially in dispute, judicial notice is *not* appropriate.  *See e.g.*, *Prof'l Courier & Logistics, Inc. v. NICA*, No. 2:12-cv-00054-JAM-EFB, 2012 WL 1120675, at *2 (E.D. Cal. Apr. 3, 2012) (internet documents not subject to judicial notice in the absence of authentication and foundation); *Global BTG LLC v. Nat'l Air Cargo, Inc.*, No. CV 11-1657 RSWL (RCGx), 2011 WL 4899941, at *1 (C.D. Cal. Oct. 13, 2011) (disputed matters not subject to judicial notice).  There is a dispute between the parties regarding what treatment was appropriate for Plaintiff's constipation and whether the fiber tabs prescribed for Plaintiff caused him kidney stones, making the contents of the documents inappropriate for judicial notice, notwithstanding issues regarding the source of the documents.

      Accordingly, Plaintiff's request for judicial notice is HEREBY DENIED.

IT IS SO ORDERED.

    Dated:   **December 10, 2013**           /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE