# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS FOSTER,

       Plaintiff,

    v.

A. ENENMOH,

       Defendant.

_____/

Case No.  1:08-cv-01849-LJO-SKO PC

ORDER DIRECTING CLERK'S OFFICE TO TERM MOTION FOR APPOINTMENT OF EXPERT WITNESS PURSUANT TO PRETRIAL ORDER

(Doc. 107)

On November 4, 2013, Plaintiff filed a motion seeking the appointment of an expert witness.  Defendant filed an opposition on November 27, 2013.

Plaintiff's motion was addressed and denied in the pretrial, which was issued concurrently with this order.  Accordingly, the Clerk's Office is HEREBY DIRECTED to term Plaintiff's pending motion pursuant to the pretrial order.

IT IS SO ORDERED.

Dated:   **December 10, 2013**              **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE