# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER,<br><br>    Plaintiff,<br><br>  v.<br><br>A. ENENMOH,<br><br>    Defendant.<br>_____/ | Case No. 1:08-cv-01849-LJO-SKO PC<br><br>NOTICE TO PARTIES RE PLAINTIFF'S NOTICE OF APPEAL<br><br>(Doc. 122) |

    This matter is set for jury trial on February 4, 2014. On January 2, 2014, Plaintiff filed a notice of appeal of the Court's Pretrial Order, filed on December 10, 2013, in which the Court dismissed his claims for declaratory and injunctive relief and denied his motion for the appointment of an expert witness pursuant to Federal Rule of Evidence 706.

    Although the filing of a notice of appeal generally divests a district court of jurisdiction to determine the "substantial rights" at issue in an action during the pendency of the appeal, *Pyrodyne Corp. v. Pyrotronics Corp.*, 847 F.2d 1398, 1403 (9th Cir. 1988), an exception to this rule exists where a deficiency in the notice of appeal "is clear to the district court," *Ruby v. Secretary of the United States Navy*, 365 F.2d 385, 389 (9th Cir. 1966). In such a case the district court may proceed with the case "knowing that it has not been deprived of jurisdiction." *Ruby*, 365 F.2d at 389. In this instance, Plaintiff is attempting to appeal a non-appealable interlocutory order. Because it is clear that no appeal lies at this time from the order issued, the Court has not

been deprived of jurisdiction over this action and this matter shall proceed to trial as scheduled. *Nascimento v. Dummer*, 508 F.3d 905, 909 (9th Cir. 2007); *Ruby*, 365 F.2d at 389.

IT IS SO ORDERED.

Dated:   **January 6, 2014**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE