# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER,<br><br>  Plaintiff,<br><br> v.<br><br>A. ENENMOH,<br><br>  Defendant.<br>_____/ | Case No.  1:08-cv-01849-LJO-SKO PC<br><br>Appeal No. 14-15013<br><br>**NOTICE AND ORDER FINDING THAT PLAINTIFF IS NOT ENTITLED TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>(Doc. 122) |

  Plaintiff Michael Louis Foster, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 3, 2008. This case is set for jury trial on February 4, 2014, on Plaintiff's claim for damages against Defendant Enenmoh, a prison physician. Plaintiff contends Defendant violated his right to medical care under the Eighth Amendment of the United States Constitution while he was incarcerated at California Substance Abuse Treatment Facility and State Prison in Corcoran, California.[1]

  On January 2, 2014, Plaintiff filed a notice of appeal of the Court's Pretrial Order dismissing his claims for declaratory and injunctive relief as moot, 18 U.S.C. § 3626(a)(1)(A); *Alvarez v. Hill*, 667 F.3d 1061, 1063-64 (9th Cir. 2012); *Rhodes v. Robinson*, 408 F.3d 559, 565-66 n.8 (9th Cir. 2005), and denying his motion for the appointment of an expert witness, Fed. R. Civ. P. 706.

---

[1] Plaintiff is presently incarcerated at High Desert State Prison in Susanville, California.

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3).  The test for allowing an appeal in forma pauperis is easily met; the good faith requirement is satisfied if the appellant seeks review of any issue that is not frivolous.  *Gardner v. Pogue*, 558 F.2d 548, 550-51 (9th Cir. 1977) (citing *Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917 (1962)) (quotation marks omitted); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (if at least one issue or claim is non-frivolous, the appeal must proceed in forma pauperis as a whole).

In this instance, Plaintiff is attempting to appeal a non-appealable interlocutory order.  As such, Plaintiff's appeal is, at this juncture, not taken in good faith, and he should not be permitted to proceed in forma pauperis.

Accordingly, the Court HEREBY ORDERS as follows:

1. Pursuant to Fed. R. App. P. 24(a)(3)(A), the Court finds that Plaintiff's appeal was not taken in good faith and he should not be permitted to proceed in forma pauperis on appeal; and

2. Pursuant to Fed. R. App. P. 24(a)(4), the Clerk of the Court shall serve this order on the parties and the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **January 6, 2014**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2