# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER,<br><br>  Plaintiff,<br><br>  v.<br><br>A. ENENMOH,<br><br>  Defendant.<br>_____/ | Case No. 1:08-cv-01849-LJO-SKO PC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(Doc. 135) |

Plaintiff Michael Louis Foster, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 3, 2008. This action is proceeding on Plaintiff's second amended complaint, filed on September 17, 2009, against Defendant Enenmoh for violation of the Eighth Amendment of the United States Constitution. Plaintiff's claim arises out of the alleged denial of medical care at California Substance Abuse Treatment Facility and State Prison ("CSTAF") in Corcoran, California. Jury trial is scheduled for February 4, 2014.

On January 24, 2014, Plaintiff filed a motion for reconsideration of the dismissal of his claim for injunctive relief.

Plaintiff's disagreement with the Court's ruling is not grounds for reconsideration. Fed. R. Civ. P. 60(b)(6); Local Rule 230(j); *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009); *U.S. v. Westlands Water Dist.*, 134 F.Supp.2d 1111, 1131 (E.D.

Cal. 2001). Furthermore, in no event does the pendency of this action, which arises out of past events at CSTAF, give Plaintiff standing to challenge his current conditions of confinement at High Desert State Prison. 18 U.S.C. § 3626(a)(1)(A); *Monsanto Co. v. Geerston Seed Farms*, 561 U.S. 139, __, 130 S.Ct. 2743, 2756 (2010); *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 559-61, 112 S.Ct. 2130 (1992); *Alvarez v. Hill*, 667 F.3d 1061, 1063-64 (9th Cir. 2012).

Accordingly, Plaintiff's motion for reconsideration is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **January 27, 2014**                 /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE

2