FILED

FEB 04 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER,<br><br>    Plaintiff,<br><br>v.<br><br>A. ENENMOH,<br><br>    Defendant.<br>_____/ | Case No. 1:08-cv-01849-LJO-SKO PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON FEBRUARY 5, 2014, AT 8:00 A.M. |

Plaintiff **Michael Louis Foster, CDCR #D-11452**, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, February 5, 2014.

It is so ORDERED.

DATED: 2-4-14

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE