**FILED**

FEB 04 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>A. ENENMOH,<br><br>Defendant. | Case No. 1:08-cv-01849-LJO-SKO PC<br><br>NOTICE AND ORDER THAT INMATE BRUCE T. MC KINNEY, CDCR #C-47098, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 133) |

Jury trial commenced in this action on February 4, 2014. Inmate **Bruce T. Mc Kinney, CDCR #C-47098,** has testified and he is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: Feb 4, 2014

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE