FILED
FEB 05 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. ENENMOH,<br><br>　　　　Defendant.<br>_____ / | Case No. 1:08-cv-01849-LJO-SKO PC<br><br>NOTICE AND ORDER THAT PLAINTIFF MICHAEL LOUIS FOSTER, CDCR #D-11452, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 132) |

　　　　Jury trial commenced in this action on February 4, 2014. On February 5, 2014, the jury returned its verdict and judgment was entered.

　　　　Accordingly, **Michael Louis Foster, CDCR #D-11452**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: Feb 5th 2014　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE