# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS FOSTER, | Case No. 1:08-cv-01849-LJO-SKO PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE RE CONTEMPT |
| v. | (Doc. 146) |
| A. ENENMOH, | |
| Defendant. | |
| _____/ | |

On February 10, 2014, at 1:30 p.m., the Court held a hearing on the order to show cause re contempt, issued on February 4, 2014.

Based on the testimony of Warden Foulk and Warden Sandor on behalf of High Desert State Prison and California State Prison, Corcoran, respectively, and based on the representations made by Mr. Kelly Harrington on behalf of the California Department of Corrections and Rehabilitation, good cause exists to discharge the order to show cause in re contempt and the order is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **February 10, 2014**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE